UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:24-cv-80477-AMC

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**CHICO'S FAS, INC.,
d/b/a SOMA, a Florida for-profit
corporation,**

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff NELSON FERNANDEZ ("Plaintiff") and Defendant CHICO'S FAS, INC. d/b/a

SOMA ("Defendant"), through their respective undersigned counsel, pursuant to Local Rule 16.4,

hereby provide notice that the parties have reached a settlement and will be executing necessary

paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request

that the Court provide the parties thirty (30) days to finalize their settlement agreement and for

Plaintiff to file the necessary dismissal document(s).

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
      RODERICK V. HANNAH
      Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com


By ___*s/ Pelayo M. Duran*_____
      PELAYO M. DURAN
      Fla. Bar No. 0146595

**GREENBERG TRAURIG**
Counsel for Defendant
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL  33301
(954) 765-0500
ranisp@gtlaw.com
niewialkouskis@gtlaw.com

By ____*/s/ Paul B. Ranis*_____
        PAUL B. RANIS
        Fla. Bar No. 64408
        SABRINA D. NIEWIALKOUSKI
        Fla. Bar No. 0123630